PROB 19A

SD/FL PACTS No.: 239671

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60183-CR-MARRA-1

U.S.A vs Nelson Tomattis

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Nelson Tomattis # 03814-104 | Male | White | 35 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 2340 Northeast 9th Street Apt. 110, Fort Lauderdale, Florida 33004 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | May 5, 2014 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| Southern District of Florida |
| West Palm Beach, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | *signature* | 4/10/18 |

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized representative of the District of Florida," or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
Irene Ferrante
Apr 10, 2018

9297628

Query   Reports   Utilities   Help   What's New   Log Out

REF_PLEA,REF_PTD,WM

## U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CRIMINAL DOCKET FOR CASE #: 0:13-cr-60183-KAM-1

Case title: USA v. Tomattis

Date Filed: 07/23/2013

Date Terminated: 05/06/2014

Assigned to: Judge Kenneth A. Marra
Referred to: Magistrate Judge William Matthewman

**Defendant (1)**

**Nelson Tomattis**
*TERMINATED: 05/06/2014*

represented by **Nelson Tomattis**
Walton Correctional Institution
Inmate Mail/Parcels
691 Institution Road
De Funiak Springs, FL 32433
PRO SE

**Michael Alan Gottlieb**
1311 SE 2nd Avenue
Fort Lauderdale, FL 33316
954-462-1005
Fax: 463-9869
Email: mike@mgottlieblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

18:922G.F FELON IN POSSESSION OF A FIREARM
(1)

**Disposition**

IMPRISONMENT: 46 Months.
SUPERVISED RELEASE: 2 Years.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Donald F. Chase, II**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-356-7255, ext. 3513
Fax: 356-7336
Email: donald.chase@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard O.I. Brown**
United States Attorney's Office
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
(954) 356-7255
Fax: (954) 356-7336
Email: richard.brown@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2013 | | Attorney update in case as to Nelson Tomattis. Attorney Donald F. Chase, II for USA added (nf) (Entered: 07/24/2013) |
| 07/23/2013 | 1 | INDICTMENT as to Nelson Tomattis (1) count(s) 1. FORFEITURE. (nf) (Additional attachment(s) added on 7/12/2018: # 1 Restricted Unredacted Indictment) (cqs). (Entered: 07/24/2013) |
| 07/24/2013 | | SYSTEM ENTRY - Docket Entry 2 restricted/sealed until further notice. (nf) (Entered: 07/24/2013) |
| 07/30/2013 | 3 | NOTICE OF ATTORNEY APPEARANCE: Michael Alan Gottlieb appearing for Nelson Tomattis . Attorney Michael Alan Gottlieb added to party Nelson Tomattis(pty:dft). (Gottlieb, Michael) (Entered: 07/30/2013) |
| 08/06/2013 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Nelson Tomattis. Responses due by 8/23/2013 (Chase, Donald) (Entered: 08/06/2013) |
| 08/07/2013 | 5 | MOTION for Protective Order by USA as to Nelson Tomattis. Attorney Richard O.I. Brown added to party USA(pty:pla). Responses due by 8/26/2013 (Attachments: # 1 Text of Proposed Order)(Brown, Richard) (Entered: 08/07/2013) |
| 08/07/2013 | 6 | MOTION for Forfeiture of Property *Preliminary Order* by USA as to Nelson Tomattis. Responses due by 8/26/2013 (Attachments: # 1 Text of Proposed Order)(Brown, Richard) (Entered: 08/07/2013) |
| 08/07/2013 | 7 | NOTICE of Striking 6 MOTION for Forfeiture of Property *Preliminary Order* by USA as to Nelson Tomattis (Brown, Richard) (Entered: 08/07/2013) |
| 08/07/2013 | 8 | Second MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Nelson Tomattis. Responses due by 8/26/2013 (Chase, Donald) (Entered: 08/07/2013) |
| 08/07/2013 | 9 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM:granting 8 Motion for Writ of Habeas Corpus ad prosequendum as to Nelson Tomattis (1). Initial Appearance set for 8/19/2013 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Signed by Magistrate Judge William Matthewman on 8/7/2013. (kza) (Entered: 08/07/2013) |
| 08/07/2013 | 10 | ENDORSED ORDER terminating 4 Motion for Writ of Habeas Corpus ad prosequendum as to Nelson Tomattis (1). (Writ [DE 9] was issued on |

| | | |
|---|---|---|
| | | Second Motion [DE 8] Signed by Magistrate Judge William Matthewman on 8/7/2013. (kza) (Entered: 08/07/2013) |
| 08/12/2013 | 11 | ORDER granting 5 Motion for Protective Order as to Nelson Tomattis (1). Signed by Judge Kenneth A. Marra on 8/12/2013. (ir) (Entered: 08/12/2013) |
| 08/19/2013 | 12 | MOTION for Protective Order by Nelson Tomattis. Responses due by 9/6/2013 (Gottlieb, Michael) (Entered: 08/19/2013) |
| 08/19/2013 | 13 | Minute Entry for proceedings held before Magistrate Judge William Matthewman: Initial Appearance as to Nelson Tomattis held on 8/19/2013. Defendant stipulates to pretrial detention with right to revisit. Written order to be issued. ( Status Conference Re: Competency Matters and Arraignment set for 8/21/2013 at 11:00 AM in West Palm Beach Division before WPB Duty Magistrate.) (Digital 10:41:11.) (kza) (Entered: 08/20/2013) |
| 08/19/2013 | 14 | Order on Initial Appearance as to Nelson Tomattis for proceeding held on 8/19/2013. Michael Gottlieb appeared as permanent counsel of record. Status Re; Competency and Arraignment set for 8/21/2013 at 11:00 a.m. Signed by Magistrate Judge William Matthewman on 8/19/2013. (kza) (Entered: 08/20/2013) |
| 08/19/2013 | 15 | PRETRIAL DETENTION ORDER as to Nelson Tomattis Signed by Magistrate Judge William Matthewman on 8/19/2013. (kza) (Entered: 08/20/2013) |
| 08/20/2013 | 16 | MOTION to Appoint Expert *to Determine Competency* by Nelson Tomattis. Responses due by 9/6/2013 (Gottlieb, Michael) (Entered: 08/20/2013) |
| 08/20/2013 | 17 | Arrest Warrant returned executed on 8/14/13 as to Nelson Tomattis re 2 Arrest Warrant Issued (lh) (Entered: 08/20/2013) |
| 08/21/2013 | | SYSTEM ENTRY - Docket Entry 18 restricted/sealed until further notice. (jmd) (Entered: 08/21/2013) |
| 08/21/2013 | 19 | Minute Entry for proceedings held before Magistrate Judge William Matthewman: Status Re: Competency and Re; Arraignment as to Nelson Tomattis held on 8/21/2013. The Court grants the motion to seal - 3 exhibits to be filed under seal and submitted to BOP to psychologist. The Court grants the motion for a competency evaluation. Written order to be issued. ( Status Conference Re: Competency Matters set for 10/9/2013 at 1:30 PM in West Palm Beach Division before Magistrate Judge William Matthewman.). (Digital 11:41:31.) (kza) (Entered: 08/22/2013) |

| | | |
|---|---|---|
| 08/22/2013 | 20 | ORDER granting 16 Motion to Appoint Psychologist for Purposes of Determining Competency as to Nelson Tomattis (1). Signed by Magistrate Judge William Matthewman on 8/21/2013. (kza) (Entered: 08/22/2013) |
| 08/22/2013 | | Set/Reset Hearings as to Nelson Tomattis: Arraignment set for 10/9/2013 01:30 PM in West Palm Beach Division before Magistrate Judge William Matthewman. (See DE# 19 .) (wc) (Entered: 08/23/2013) |
| 09/25/2013 | 21 | NOTICE RESETTING HEARING as to Nelson Tomattis: Status Conference Re: Competency Matters and Arraignment reset for 10/17/2013 at 2:00 PM in West Palm Beach Division before Magistrate Judge William Matthewman. (kza) (Entered: 09/25/2013) |
| 10/16/2013 | 22 | First RESPONSE to Standing Discovery Order by USA as to Nelson Tomattis (Attachments: # 1 Exhibit Proof of Service)(Chase, Donald) (Entered: 10/16/2013) |
| 10/17/2013 | 23 | Minute Entry for proceedings held before Magistrate Judge William Matthewman:Status Re: Competency as to Nelson Tomattis held on 10/17/2013. Defendant stipulates to competency to proceed in this case. The Court questions Defendant, accepts the stipulation and finds defendant competent. Arraignment as to Nelson Tomattis (1) Count 1 held on 10/17/2013. Defense counsel requests that defendant be moved to FDC Miami. The Court requests that U.S. Marshal Service move defendant to FDC Miami. (Digital 14:03:56.) (kza) (Entered: 10/17/2013) |
| 10/17/2013 | 24 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Nelson Tomattis (1) Count 1. Court accepts plea. Arraignment held on 10/17/2013 before Magistrate Judge William Matthewman. (kza) (Entered: 10/17/2013) |
| 10/17/2013 | 25 | STANDING DISCOVERY ORDER as to Nelson Tomattis. All motions concerning matters not covered by this order must be filed within 28 days of this order. Signed by Magistrate Judge William Matthewman on 10/17/2013. (kza) (Entered: 10/17/2013) |
| 10/17/2013 | 26 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Nelson Tomattis. Signed by Magistrate Judge William Matthewman on 10/17/2013. (kza) (Entered: 10/17/2013) |
| 10/18/2013 | 27 | Second RESPONSE to Standing Discovery Order by USA as to Nelson Tomattis (Attachments: # 1 Exhibit Proof of Service)(Chase, Donald) (Entered: 10/18/2013) |

| Date | # | Description |
|---|---|---|
| 10/21/2013 | 28 | SCHEDULING ORDER as to Nelson Tomattis: Calendar Call set for 12/6/2013 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra., Jury Trial set for 12/9/2013 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Order Referring Case to Magistrate Judge William Matthewman for Pretrial Dispositive as to Nelson Tomattis. Signed by Judge Kenneth A. Marra on 10/18/2013. (ir) (Entered: 10/21/2013) |
| 10/24/2013 |  | SYSTEM ENTRY - Docket Entry 29 restricted/sealed until further notice. (dj) (Entered: 10/24/2013) |
| 10/24/2013 | 30 | ORDER REGARDING DEFENDANT'S COMPETENCY TO PROCEED as to Nelson Tomattis Signed by Magistrate Judge William Matthewman on 10/24/2013. (kza) (Entered: 10/24/2013) |
| 11/25/2013 | 31 | Unopposed MOTION to Continue Trial by Nelson Tomattis. Responses due by 12/12/2013 (Gottlieb, Michael) (Entered: 11/25/2013) |
| 11/26/2013 | 32 | ORDER TO CONTINUE - Ends of Justice as to Nelson Tomattis: Time excluded from 11/25/13 until 1/27/14. Re: 31 Unopposed MOTION to Continue Trial . Calendar Call set for 1/24/2014 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra., Jury Trial set for 1/27/2014 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Signed by Judge Kenneth A. Marra on 11/25/2013. (ir) (Entered: 11/26/2013) |
| 01/16/2014 | 33 | Order Referring Case to Magistrate Judge William Matthewman for Change of Plea as to Nelson Tomattis; cancelling 1/24/14 calendar call. Signed by Judge Kenneth A. Marra on 1/16/2014. (ir) (Entered: 01/16/2014) |
| 01/28/2014 | 34 | NOTICE OF HEARING as to Nelson Tomattis: Change of Plea Hearing set for 2/13/2014 at 1:30 PM in West Palm Beach Division before Magistrate Judge William Matthewman. (kza) (Entered: 01/28/2014) |
| 02/13/2014 | 35 | Minute Entry for proceedings held before Magistrate Judge William Matthewman: Change of Plea Hearing as to Nelson Tomattis held on 2/13/2014 Nelson Tomattis (1) Guilty Count 1. (Digital 13:39:47.) (kza) (Entered: 02/13/2014) |
| 02/13/2014 | 36 | PLEA AGREEMENT as to Nelson Tomattis (kza) (Entered: 02/13/2014) |
| 02/13/2014 | 37 | STIPULATED FACTUAL PROFFER FOR GUILTY PLEA as to Nelson Tomattis (kza) (Entered: 02/13/2014) |

| | | |
|---|---|---|
| 02/13/2014 | 38 | NOTICE OF SENTENCING HEARING as to Nelson Tomattis. Sentencing set for 5/2/2014 02:30 PM in West Palm Beach Division before Judge Kenneth A. Marra. (ir) (Entered: 02/13/2014) |
| 02/14/2014 | 39 | Notice of Presentence Investigation Assignment of Nelson Tomattis to US Probation Officer Michael Santucci in the West Palm Beach U.S. Probation Office and he/she can be contacted at 561 804- 6899 or Michael_Santucci@flsp.uscourts.gov. (mhz2) (Entered: 02/14/2014) |
| 04/09/2014 | 40 | DRAFT Disclosure of Presentence Investigation Report of Nelson Tomattis. This is a limited access document. Report access provided to attorneys Donald F. Chase, II, Michael Alan Gottlieb by USPO (Attachments: # 1 Position of Parties)(mhz2) (Entered: 04/09/2014) |
| 04/23/2014 | 41 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Nelson Tomattis. This is a limited access document. Report access provided to attorneys Donald F. Chase, II, Michael Alan Gottlieb by USPO (Attachments: # 1 addendum)(mhz2) (Entered: 04/23/2014) |
| 05/02/2014 | 42 | Minute Entry for proceedings held before Judge Kenneth A. Marra: Sentencing held on 5/2/2014 as to Nelson Tomattis. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov (ir) (Entered: 05/05/2014) |
| 05/06/2014 | 43 | JUDGMENT as to Nelson Tomattis (1), Count(s) 1, IMPRISONMENT: 46 Months. SUPERVISED RELEASE: 2 Years. Assessment: $100.00 Signed by Judge Kenneth A. Marra on 05/05/2014. (yar) (Entered: 05/07/2014) |
| 05/08/2014 | 44 | MOTION for Forfeiture of Property *Preliminary Order* by USA as to Nelson Tomattis. Responses due by 5/27/2014 (Attachments: # 1 Text of Proposed Order)(Brown, Richard) (Entered: 05/08/2014) |
| 05/13/2014 | 45 | PRELIMINARY ORDER OF FORFEITURE; 44 Motion for Forfeiture of Property as to Nelson Tomattis (1). Signed by Judge Kenneth A. Marra on 05/12/2014. (yar) (Entered: 05/13/2014) |
| 05/14/2014 | 46 | Acknowledgment of Service on 05/14/2014 by USA as to Nelson Tomattis (Powell, Roger) (Entered: 05/14/2014) |
| 07/03/2014 | 47 | SERVICE (Proof) by Publication by USA as to Nelson Tomattis Last Publication date 6/18/2014. Claims/Positions/Written Defenses/Answers/etc., due by 7/21/2014. (Attachments: # 1 Attachment 1)(Brown, Richard) (Entered: 07/03/2014) |
| 09/22/2014 | 48 | Final MOTION for Forfeiture of Property by USA as to Nelson Tomattis. Responses due by 10/9/2014 (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Brown, Richard) (Entered: 09/22/2014) |
| 09/25/2014 | 49 | FINAL ORDER OF FORFEITURE granting 48 Motion for Forfeiture of Property as to Nelson Tomattis (1). Signed by Judge Kenneth A. Marra on 9/24/2014. (ir) (Entered: 09/25/2014) |
| 11/06/2014 | 50 | MOTION to serve state sentence in federal custody by Nelson Tomattis. (ir) (Entered: 11/06/2014) |
| 11/19/2014 | 51 | ORDER denying 50 Motion to serve state sentence in federal custody as to Nelson Tomattis (1). Signed by Judge Kenneth A. Marra on 11/19/2014. (ir) (Entered: 11/19/2014) |
| 08/14/2015 | 52 | MOTION to Correct *Sentence* by Nelson Tomattis. Responses due by 8/31/2015 (Gottlieb, Michael) Modified text on 8/17/2015 (yar). (Entered: 08/14/2015) |
| 09/10/2015 | 53 | ORDER denying 52 Motion to Amend/Correct Sentence as to Nelson Tomattis (1). Signed by Judge Kenneth A. Marra on 9/10/2015. (ir) (Entered: 09/10/2015) |
| 09/08/2016 | 54 | MOTION for credit for time served by Nelson Tomattis. Responses due by 9/26/2016 (Gottlieb, Michael) (Entered: 09/08/2016) |
| 10/03/2016 | 55 | ORDER denying 54 Motion for credit time served as to Nelson Tomattis (1). Signed by Judge Kenneth A. Marra on 10/3/2016. (ir) (Entered: 10/03/2016) |
| 04/10/2018 | | SYSTEM ENTRY - Docket Entry 56 restricted/sealed until further notice. (ir) (Entered: 04/10/2018) |
| 04/10/2018 | | SYSTEM ENTRY - Docket Entry 57 restricted/sealed until further notice. (ir) (Entered: 04/10/2018) |